1  Godson Eruchalu

2  7730 North Jones Blvd.

3  Las Vegas, NV 89131

4  702-204-2430

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

          OCT 20 2015

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:                          DEPUTY
```

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GODSON ERUCHALU, | Case No. 2:15-cv-01799-RFB |
| Appellant/Plaintiff | [Honorable Richard F. Boulware, II] |
| vs. | |
| U.S. BANK, NATIONAL ASSOCIATION; US BANK HOME MORTGAGE; US BANK HOME MORT OUTSOURCING; NATIONAL DEFAULT SERVICING CORP; MERSCORP; MERS TIFFANY & BOSCO PA; FIRST OPTION MORTGAGE DOES 1-1000 INCLUSIVE Appellees/Defendants | |

**UNOPPOSED APPLICATION AND DECLARATION OF GOOD CAUSE FOR EXTENTION OF TIME TO FILE OPENING BRIEF**

*TO THE HONORABLE JUDGE RICHARD F. BOULWARE, II, OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA FOR THE BANKRUPTCY APPEALS*

1. Godson Eruchalu, Appellant in pro se, a United States Army *Disabled* Combat War Veteran, Appellant in the above cause, hereby respectfully request that the deadline for the Appellant to file opening brief be extended from October 25th, 2015 to November 9th 2015, and in support thereof, hereby declare:

2. *Background,* The case was recently transferred from BAP to the District.

3. The Appellant's Opening Brief is now due on October 25, 2015.

1

4. No other extensions has been file and/or granted.

5. *Reasons,* Appellant is in pro se and has not been able to obtain an attorney to represent him in his case against the above herein-mentioned Appellees.

6. There will be no prejudice to the Appellees in granting this request for extension of time to file the "Opening Brief".

7. This Application is made in good faith, and not merely for the purpose of delay.

**Appellant is unable to file the opening brief within the current time allotted for the following reasons:**

8. In addition to appellant's work on this case, Appellant had to devote substantial time responding to briefs in other pending cases within the Honorable District Court.

9. Appellant is currently undergoing follow up on medical procedures at the Veteran's Administration Hospital.

Therefore;

10. This Application is based upon the declaration hereto, all pleadings and papers on file herein and/or oral argument at the time of hearing on this matter.

11. Appellant does not anticipate requesting any further extensions of time for this brief.

12. Appellant hereby certify that he has informed the Appellees of his intention to seek this Extension and has received no objection to that effect. Proof is attached herein as (Exhibit 1). As a result of all these, the Appellant could not have possibly prepared and filed an Opening Brief in a timely fashion due to these extenuating circumstances beyond appellant's control and appellant respectfully asks the Honorable court for an extension of time to file opening brief from October 25, 2015 to November 9, 2015.

Furthermore, Appellant respectfully request an extension, to and including extension for all parties to file answering briefs on this matter.

| | |
|---|---|
| 1 | FIRST OPTION MORTGAGE LLC. |
| 2 | **Through Their Attorneys** |
| 3 | The Office of: |
| 4 | McCormick, Barstow, Sheppard, Wayte & Carruth |
| 5 | 8337 W. Sunset Road, Suite 350 |
| 6 | Las Vegas, NV 89113 |
| 7 | NATIONAL DEFAULT SERVICING CORPORATION |
| 8 | **Through Their Attorneys** |
| 9 | The Office of: |
| 10 | Tiffany & Bosco P.A |
| 11 | 212 South Jones Blvd. |
| 12 | Las Vegas, NV 89107 |
| 13 | BANK OF AMERICA |
| 14 | **Through Their Attorneys** |
| 15 | The Office of: |
| 16 | Akerman LLP |
| 17 | 1160 Town Center Drive, Suite 330 |
| 18 | Las Vegas, NV 89144 |
| 19 | |
| 20 | *By hand delivery to the following party:* |
| 21 | The Office of: |
| 22 | Kathleen A. Leavitt, Trustee |
| 23 | 201 Las Vegas, Blvd. South, Suite 200 |
| 24 | Las Vegas, NV 89101 |
| 25-26 | I declare under penalty of perjury under the laws of the State of Nevada, that the foregoing is true and correct, and that this declaration was executed on October 20th, 2015 at Las Vegas, Nevada. |
| 27 | |
| 28 | Godson Eruchalu<br>Declarant |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of October, 2015.

C. Cudson / Cull
Signature

4

I declare under penalty of perjury that the foregoing is true and correct. Executed at Las Vegas, Nevada, on October 20th, 2015.

*C. Cudson Ell*

Godson Eruchalu
Appellant, Pro Se
(Reserving All Rights)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: Eruchalu v. US BANK et. Al
case # 2:15-cv-01799-RFB

I declare:

1. I am the Appellant in this matter.

2. I am over 18 years of age.

3. I am familiar with procedural history of this case.

4. On <u>October 20th, 2015,</u> I served the attached:

*UNOPPOSED APPLICATION AND DECLARATION OF GOOD CAUSE FOR EXTENTION OF TIME TO FILE OPENING BRIEF*

*By placing a true copy thereof enclosed in a sealed envelope and depositing to the United States Postal Service for the following parties:*

US BANK NATIONAL ASSOCIATION

US BANK HOME MORTGAGE

US BANK HOME MORTGAGE OUTSOURCING

MERSCORP (MERS)

**Through Their Attorneys**

The Office of:

Holland and Hart LLP.

9555 Hillwood Drive

Second Floor

Las Vegas, NV 89134

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| Subject: | RE: Notice of Application Seeking Order to Extend time for Opening Brief - Case # 2:15-cv-01799-RFB |
| From: | Ryan A. Loosvelt (RALoosvelt@hollandhart.com) |
| To: | sirgodson@yahoo.com; |
| Cc: | aaftek@cox.net; |
| Date: | Tuesday, October 20, 2015 9:23 AM |

No objection.

Ryan Loosvelt

Holland & Hart LLP

From: Godson Eruchalu [mailto:sirgodson@yahoo.com]
Sent: Monday, October 19, 2015 6:00 PM
To: Matthew K. Schriever; Ryan A. Loosvelt; Dylan Todd; ariel.stern@akerman.com; 'aaftek@cox.net'
Subject: Notice of Application Seeking Order to Extend time for Opening Brief - Case # 2:15-cv-01799-RFB

Gentlemen:

Please be advised that appellant will be approaching the Honorable District court on the Appeal Case # 2:15-cv-01799-RFB with an application seeking an order to extend time to file appellant's opening brief in this matter.

Appellant would be unable to file Opening Brief in a timely fashion due to extenuating circumstances beyond

appellant's control, involving the time it took Appellant to research, prepare and file the reply brief recently due on a another proceeding. Further, Appellant will be undergoing some follow up medical proceedures at the VA, and as a result, Appellant will be seeking an order applicable to all parties extending time to respond as well.

Appellant do not anticipate requesting any further extention of time for this brief.

Appellant's Opening brief is due on Sunday October 25th, 2015. The new intended due date would be Monday November 9th 2015.

If there is any comments or objections to this application please advise by Noon tomorrow.

Thank you for your understanding.

Godson Eruchalu